IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORVAL D. FLANNERY,

      Petitioner,                        No. CIV S-10-0950 GGH P

    vs.

JAMES WALKER, Warden,

      Respondent.                      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Petitioner has paid the filing fee.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response as set forth below.

        Petitioner raises three grounds in challenging his 2005 Amador County Superior Court conviction of petty theft with a prior (Cal. Penal Code § 666) and under the three-strikes law (Cal. Penal Code § 667.5) for which he was sentenced to an indeterminate term of 25 years to life.  Petition, pp. 1-7.   Of the three grounds raised, petitioner alleges that ground three is unexhausted, and he brings a motion for the petition to be stayed pending the state court

---

[1] This case was transferred here from the Fresno Division on April 20, 2010.

1

exhaustion of the unexhausted ground.  See Motion to Stay (docket # 2).  The court intends to consider respondent's response to the motion before adjudicating the request for a stay of the petition.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to serve the petition and the motion to stay upon respondent; and

2. Respondent is directed to review the petition and the pending motion to stay and to file a response to the motion to stay, filed on April 14, 2010 (docket # 2), within twenty-one days.

DATED: June 1, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
flan0950.ord